**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lynn F. Klein                                         CHAPTER 13
       Joseph W. Klein aka Joseph
William Klein                                                BKY. NO. 18-11223 ELF
       Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,



/s/ Rebecca Solarz
23 Nov 2020, 15:29:06, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: ecabbbb662f83632854acaac46835c6ecbe196d3e5b99dc0c2e99f64ac289cab