| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Lynn F Klein<br>Joseph W Klein | Case Number:<br><br>2:2018-bk-11223 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1. **Account Number: 4941  UCID: WFCMGE1811223PAE41944941** | | ___ Check this box if the account number has changed. |
| 2. **Court Claim Number: 1** | | |
| 3. **Signature:**<br><br>**Check the appropriate box.**<br>   X  I am the creditor.<br>      I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)<br>      I am the trustee, or the debtor.<br>      I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Karen Sue Branas                  Date: 01/14/2022<br>        VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                     CASE NO.:     18-11223

Lynn F Klein                                       CHAPTER:     13

Joseph W Klein

         Debtor(s).

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 14, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                      *By U.S. Postal Service First Class Mail Postage Prepaid:*

Lynn F Klein
1740 Nathaniel Drive
Philadelphia, PA 19116


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Joseph W Klein
1740 Nathaniel Drive
Philadelphia, PA 19116


*Debtor's Attorney:*          *By CM / ECF Filing:*

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107


*Trustee:*                     *By CM / ECF Filing:*

*Trustee:*     KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)