Certificate Number: 03088-PAE-DE-036611321

Bankruptcy Case Number: 18-11223



03088-PAE-DE-036611321

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2022, at 7:05 o'clock PM CDT, Lynn F Klein completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 12, 2022                By:    /s/Doug Tonne

                                    Name:  Doug Tonne

                                    Title: Counselor