United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                         Case No. 18-11223-elf

Lynn F Klein                                Chapter 13

Joseph W Klein

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                              Page 1 of 3

Date Rcvd: Nov 03, 2022                    Form ID: 138OBJ                       Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lynn F Klein, Joseph W Klein, 1740 Nathaniel Drive, Philadelphia, PA 19116-3860 |
| 14061642 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14127937 | | Jodi L. Hause, Esq., Id. No.90625, Phelan Hallinan Diamond & Jones, LLP, Atty for PNC Bank, N.A., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14078292 | + | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |
| 14563748 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14061650 | + | Synchrony Bank, c/o Patenaude & Felix A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 04 2022 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14061641 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 04 2022 00:14:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14061647 | | Email/Text: megan.harper@phila.gov | Nov 04 2022 00:14:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14169492 | + | Email/Text: megan.harper@phila.gov | Nov 04 2022 00:14:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14061643 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2022 00:25:36 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14061644 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 00:25:28 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14061646 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 00:25:38 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14089921 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2022 00:14:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14086829 | | Email/PDF: cbp@onemainfinancial.com | Nov 04 2022 00:25:27 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47731-3251 |
| 14061648 | + | Email/PDF: cbp@onemainfinancial.com | Nov 04 2022 00:25:37 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14061649 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2022 00:13:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14563451 | ^ | MEBN | Nov 04 2022 00:11:31 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14092800 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2022 00:25:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14061935 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 04 2022 00:25:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14061651 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 00:25:27 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14061652 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 00:25:27 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14061653 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 00:25:46 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14061654 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 04 2022 00:25:46 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14077521 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 04 2022 00:25:27 | Wells Fargo Bank, N.A., MAC-N9826-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 14082965 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 04 2022 00:25:27 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14061645 | *+ | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14061655 | *+ | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 03, 2022 | Form ID: 138OBJ | Total Noticed: 27

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Lynn F Klein brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Joseph W Klein brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank  N.A bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JODI L. HAUSE | on behalf of Creditor PNC Bank  N.A jodi.hause@phelanhallinan.com, paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lynn F Klein and Joseph W Klein
        Debtor(s)

Case No: 18−11223−elf
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/3/22

43 − 40
Form 138OBJ