# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Lynn F. Klein<br>Joseph W. Klein<br>aka Joseph William Klein<br><br>                                        Debtor(s) | Case No.:  18-11223 ELF<br><br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of WELLS FARGO BANK, N.A. in relation to a claim secured by real property commonly known as 1740 Nathaniel Drive, Philadelphia, PA  19116 and identified by account number *******4941.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for WELLS FARGO BANK, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com


Dated:  November 18, 2022                                                            POWERS KIRN, LLC

                                                                                                        By:  /s/ Jill Manuel-Coughlin_____
                                                                                                        Jill Manuel-Coughlin, Esq.; Atty ID #63252
                                                                                                        Harry B. Reese, Esq.; Atty ID #310501
                                                                                                        Daniel C. Fanaselle, Esq.; Atty ID #312292
                                                                                                        Neshaminy Interplex, Suite 215
                                                                                                        Trevose, PA  19053
                                                                                                        Phone: 215-942-2090; Fax 215-942-8661
                                                                                                        Email: bankruptcy@powerskirn.com
                                                                                                        Attorneys for Creditor/Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Lynn F. Klein<br>Joseph W. Klein<br>aka Joseph William Klein<br><br>Debtor(s) | Case No.: 18-11223 ELF<br><br>Chapter 13 |

CERTIFICATION OF SERVICE
OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 18, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia PA  19107

Trustee

Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102
brad@sadeklaw.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Lynn F. Klein
1740 Nathaniel Drive
Philadelphia PA  19116
Debtor

Joseph W. Klein
aka Joseph William Klein
1740 Nathaniel Drive
Philadelphia, PA 19116
Debtor

Dated:  November 18, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Daniel C. Fanaselle, Esq.; Atty ID #312292
Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant